UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM ALMAGUER,

    Plaintiff,                                CASE NO. 8:23-cv-00325-TPB-TGW

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties, by and through undersigned counsel, hereby give notice to the Court, pursuant to Local Rule 3.09, that the parties have reached a resolution of the issues in this action. The parties are in the process of finalizing the settlement agreement and will file a Stipulation of Dismissal With Prejudice within sixty (60) days.

    Dated: August 10, 2023.

| /s/ Michael A. Steinberg | /s/ Wm. Jere Tolton, III |
|---|---|
| MICHAEL A. STEINBERG, ESQ. | WM. JERE TOLTON, III, ESQ. |
| Florida Bar Number: 0340065 | Florida Bar Number: 887943 |
| mas@ssalawyers.com | jtolton@kilmerlaw.com |
| frosty28@aol.com | KILMER, VOORHEES & LAURICK, PC |
| MICHAEL A. STEINBERG & ASSOCIATES | 2701 NW Vaughn Street, Suite 780 |
| 4925 Independence Pkwy, Suite 195 | Portland, OR 97210 |
| Tampa, FL 33634 | (503) 224-0055 Telephone |
| (813) 221-1300 Telephone | (503) 222-5290 Facsimile |
| (813) 221-1702 Facsimile | Attorneys for Defendant |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to Michael A. Steinberg, Esq., Michael A. Steinberg & Associates, 4925 Independence Pkwy, Suite 195, Tampa, FL 33634, mas@ssalawyers.com, frosty28@aol.com.

        */s/ Wm. Jere Tolton, III*
WM. JERE TOLTON, III, ESQ.
Florida Bar Number: 887943
Primary: jtolton@kilmerlaw.com
Secondary: llhommedieu@kilmerlaw.com
KILMER, VOORHEES & LAURICK, PC
2701 NW Vaughn Street, Suite 780
Portland, OR 97210
(503) 224-0055 Telephone
(503) 222-5290 Facsimile

Attorneys for Defendant
Unum Life Insurance Company of America

M:\10126\0148\Pleadings\Joint Notice of Settlement 2023-0810.docx